# IN THE U.S. DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MEDICAL ADVOCATES FOR HEALTHY AIR, SIERRA CLUB, and LATINO ISSUES FORUM,<br>　　　　Plaintiffs,<br>　　vs.<br>CHRISTINE TODD WHITMAN, in her official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,<br>　　　　Defendants.<br><br>SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISRICT,<br>　　　　Defendants in Intervention. | Case No. C-02-5102 CRB<br><br>[~~PROPOSED~~]  ORDER |
| MEDICAL ADVOCATES FOR HEALTHY AIR, SIERRA CLUB, and LATINO ISSUES FORUM,<br>　　　　Plaintiffs,<br>　　vs.<br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,<br>　　　　Defendants.<br><br>SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br>　　　　Proposed Defendants in Intervention. | Case No. C-06-00093 SBA |

The Court hereby finds that the newly filed action, *Medical Advocates for Healthy Air, et al.*

1  *v. Johnson, et al.,* Case No. C-06-00093 is not related to *Medical Advocates for Healthy Air, et al.*
2  *v. Whitman, et al.,* Case No. C02-5102 CRB (N.D. Cal., filed October 22, 2002).
3       IT IS SO ORDERED.

6  DATED:  February 8, 2006

   _____
   Charles Breyer
   United States District Judge

   *IT IS SO ORDERED*
   *Judge Charles R. Breyer*