1  BILL LOCKYER
   Attorney General of the State of California
2  TOM GREENE
   Chief Assistant Attorney General
3  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
4  ELLYN S. LEVINSON, State Bar No. 077176
   Deputy Attorney General
5   1515 Clay Street, Suite 2000
    P.O. Box 70550
6   Oakland, CA  94612-0550
    Telephone:  (510) 622-2125
7    Facsimile:  (510) 622-2270

8  Attorneys for Proposed Intervenor
   California Air Resources Board
9

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

| | |
|---|---|
| MEDICAL ADVOCATES FOR HEALTHY AIR, SIERRA CLUB, and LATINO ISSUES FORUM,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,<br><br>Defendants.<br><br>SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT; CALIFORNIA AIR RESOURCES BOARD,<br><br>Intervenors | Case No.:  C 06-0093 SBA<br><br>**ORDER GRANTING INTERVENTION OF CALIFORNIA AIR RESOURCES BOARD AND ALLOWING FILING OF ANSWER** |

1

[Proposed] Order Granting Intervention of  Calif. Air Resources Bd. & Allowing Filing of Answer      Case No. C 06-0093 SBA

**ORDER GRANTING INTERVENTION
OF CALIFORNIA AIR RESOURCES BOARD**

Pursuant to the Stipulation of the Parties agreeing to the intervention of the California Air Resources Board ("CARB") as a party to this action, this Court finds that CARB has a strong interest in the subject matter of this lawsuit, that CARB's ability to protect its interests in the litigation would be impaired if it is not allowed to intervene, and that no other party can adequately represent the interests of the State of California.  Therefore, intervention is permissible pursuant to Rule 24(a)(2) and Rule 24(b)(2) of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED that the California Air Resources Board be granted intervention status.

IT IS FURTHER ORDERED that the California Air Resources Board's proposed answer shall be deemed filed as of the date of this Order.

DATED: 4/13/06

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge