1  DEBORAH S. REAMES, State Bar No. 117257
   PAUL R. CORT, State Bar No. 184336
2  Earthjustice
   426 17th Street, 5th Floor
3  Oakland, CA 94612
   Tel: (510) 550-6725 / Fax: (510) 550-6749
4  dreames@earthjustice.org
   pcort@earthjustice.org
5
   Attorneys for Plaintiffs
6  Medical Advocates for Healthy Air, Sierra Club,
   and Latino Issues Forum
7

8
                IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
10

11 |                                        )
   | MEDICAL ADVOCATES FOR HEALTHY          ) Case No. C-06-00093 SBA
12 | AIR, SIERRA CLUB, and LATINO ISSUES    )
   | FORUM,                                 )
13 |                                        ) **STIPULATION TO EXTEND TIME**
   |                 Plaintiffs,            ) **FOR PLAINTIFFS TO FILE MOTION**
14 |                                        ) **SEEKING ATTORNEYS' FEES AND**
   |         v.                             ) **BILL OF COSTS**
15 |                                        )
   | STEPHEN L. JOHNSON, in his official    )
16 | capacity as Administrator of the United States )
   | Environmental Protection Agency, and   )
17 | WAYNE NASTRI, in his official capacity as )
   | Regional Administrator for Region IX of the )
18 | United States Environmental Protection )
   | Agency,                                 )
19 |                                        )
   |                 Defendants,            )
20 |                                        )
   |         and                            )
21 |                                        )
   | SAN JOAQUIN VALLEY UNIFIED AIR         )
22 | POLLUTION CONTROL DISTRICT,            )
23 |                                        )
   |                 Defendant-Intervenor.  )

24

25      Pursuant to Civil Local Rules 6-2 and 54, Plaintiffs Medical Advocates for Healthy Air, *et*

26 *al.*, and Defendants Stephen L. Johnson, *et al.* (collectively, the "Parties") hereby stipulate as

27 follows:

28

1.On January 9, 2006, Plaintiffs filed this lawsuit under the citizen suit provision of the Clean Air Act, 42 U.S.C. § 7604, alleging that Defendants failed to take final action concerning the enforcement of air quality standards in California's San Joaquin Valley.

2.On July 5, 2006, the Court issued an Order Granting Plaintiffs' Motion for Summary Judgment. The Order resolved the one remaining claim alleged in Plaintiffs' Complaint, except for Plaintiffs' claim for attorneys' fees and costs pursuant to Section 304(d) of the Clean Air Act, 42 U.S.C. § 7604(d). The Order provided that the Court would retain jurisdiction to consider any timely request for such fees and costs from Plaintiffs.

3.Pursuant to Civil Local Rule 54, a motion for an award of attorneys' fees and bill of costs shall be served and filed within 14 days of entry of judgment by the Court.

4.No judgment has been entered by the Court to date.

5.The Parties have determined that the time provided for moving for attorneys' fees and costs will be insufficient to allow Parties to fully explore and negotiate a possible settlement of Plaintiffs' claim for attorneys' fees and costs. For that reason, the Parties stipulate to and request that the Court extend the deadline for Plaintiffs to serve and file a motion for an award of attorneys' fees and bill of costs to 60 days from the entry of judgment by the Court. Approval of this extension is also requested to conserve the resources of the Parties and the Court.

6.There has been one prior time modification in this case after the Parties stipulated to change the hearing date and establish a briefing schedule on Plaintiffs' Motion for Summary Judgment. Docket No. 45. The Court issued an Order regarding these changes on April 19, 2006. Docket No. 46.

7.The requested time modification regarding Plaintiffs' claim for attorneys' fees and costs would have no effect on the schedule for this case other than delaying potential litigation over an award of attorneys' fees and costs.

8.For the foregoing reasons, the Parties request that the Court enter the attached Order.

**DECLARATIONS**

Undersigned counsel hereby declare that the above statements are true and correct to the best of their knowledge.

DATED: July 19, 2006                    Respectfully submitted,

/s/ Paul Cort
PAUL CORT
DEBORAH REAMES
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel: (510) 550-6725
Fax: (510) 550-6749

Attorneys for Plaintiffs


SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

/s/ Andrew J. Doyle (by permission)
ANDREW J. DOYLE
NORMAN L. RAVE, JR.
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 514-4427
Fax: (202) 514-8865

KEVIN V. RYAN
United States Attorney

JAMES CODA
Assistant United States Attorney
450 Golden Gate Ave.
San Francisco, California 94102
Tel: (415) 436-7200

Attorneys for Defendants

STIPULATION TO EXTEND TIME FOR FEES AND COSTS -- C-06-00093 SBA            3

**ORDER**

Pursuant to stipulation, Plaintiffs must file any motion for an award of attorneys' fees and bill of costs within 60 days from the entry of judgment by the Court.  IT IS SO ORDERED.

DATED:7/24/06

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge